# EXHIBIT A

## KATHY TARTAGLIA

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Brandy Featuring Mase | Top of The World | Never Say Never | 256-701 |
| Loud Records LLC | Xzibit | Let it Rain | 40 Dayz 40 Nightz | 246-589 |
| Arista Records LLC | TLC | Silly Ho | Fanmail | 298-454 |
| Elektra Entertainment Group Inc. | Rah Digga | Do The Ladies Run This... | Dirty Harriet | 281-389 |
| Loud Records LLC | Mobb Deep | The Realest | Murda Muzik | 293-229 |
| UMG Recordings, Inc. | Nelly | For My | Country Grammar | 281-782 |
| UMG Recordings, Inc. | DMX | Don't You Ever | ...And Then There Was X | 279-017 |