AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## DISTRICT OF RHODE ISLAND

SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 05 475 S

**LOUD RECORDS, LLC, a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,**

v.

**KATHY TARTAGLIA**

TO:
**KATHY TARTAGLIA**
**11 Dell St.**
**Coventry, RI 02816-5849**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**
**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 11/17/05

(BY) DEPUTY CLERK

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] Alfred J. Harris | DATE 11-19-05 |
|---|---|
| NAME OF SERVER Authorized Federal Process Server | TITLE Alfred J. Harris Authorized Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted Crystal'Lynn Tartaglia (Daughter)

☐ Other (specify)

## STATEMENT OF SERVICE FEES

| TRAVEL 5.00 | SERVICES 45.00 | TOTAL 50.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-19-05
Date

alfred J Harris
*Signature of Server*

P.O. Box 1107
*Address of Server*
Pawtucket R.I.
02862

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 NOV 29 A 11:31

FILED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Crystal Lynn