UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED

LOUD RECORDS, LLC, a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,

Plaintiffs,

v.

KATHY TARTAGLIA,

Defendant.

Case No.: CA 05-475 S

**REQUEST TO ENTER DEFAULT;**

**DECLARATION OF JAMES E. O'NEIL IN SUPPORT THEREOF**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of James E. O'Neil ¶ 5.

Plaintiffs served the Summons and Complaint on Defendant on November 19, 2005, by substitute service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

FILED
JAN 31 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

By: [signature]

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for LOUD RECORDS, LLC; ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; and UMG RECORDINGS, INC.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 24th day of January, 2006 I mailed a true and accurate copy of the within Request to Enter Default first class, postage prepaid to Ms. Kathy Tartaglia 11 Dell St. Coventry, RI 02816-5849.

[signature]
James E. O'Neil, Esq.