**DECLARATION OF JAMES E. O'NEIL**

I, James E. O'Neil, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Rhode Island and this United States District Court. I am an attorney in the law firm of James E. O'Neil, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On November 17, 2005, Plaintiffs filed the Complaint. See Docket Entry No. 1.

3. On February 1, 2006, the Clerk of this Court entered the default of Defendant. See Docket Entry No. 5.

4. Defendant has not appeared in this action

5. A true and accurate copy of Plaintiff's Application for Entry of Default Judgment by the Court was mailed via certified mail return receipt requested as well as first class postage prepaid to the Defendant at 11 Dell Street, Coventry, RI 02816 (See Exhibit A Certified Mail Return Receipt a Copy of Which is Appended Hereto and Incorporated by Reference Herein).

6. I am informed and believe that the Defendant resides at 11 Dell Street, Coventry, Rhode Island 02816, the address set forth on the Certificate of Service for the Application for Entry of Default Judgment.

7. I am informed and believe that Defendant is not an infant or incompetent person and, a search for Defendant's name was conducted in the U.S. Military Locator database of LexisNexis. That search revealed no evidence that Defendant is in the military service

8. Plaintiffs have incurred costs in this case in the amount of $300.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 4/21/06 at North Kingstown, R.I.

[signature]

JAMES E. O'NEIL, ESQ.