# EXHIBIT A.

# CERTIFIED MAIL
# RETURN RECEIPT

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Kathy Tartaglia
11 Dell St.
Coventry RI
02816-5849

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Kathy Tartaglia ☐ Agent ☒ Addressee

B. Received by (Printed Name) C. Date of Delivery
APR 24 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7005 1820 0008 1017 4721

PS Form **3811**, February 2004 Domestic Return Receipt 102595-02-M-1540