UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LOUD RECORDS, LLC, ET AL. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KATHY TARTAGLIA, ) <br> ) <br> Defendant. ) | C.A. No. 05-475S |

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on May 25, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Since the Defendant has not filed an Answer to Plaintiffs' Complaint as ordered by Magistrate Judge Almond in his Report and Recommendation, Default Judgment shall enter against Defendant in the form and amount requested by Plaintiffs.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 6/22/06