UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LOUD RECORDS, LLC, a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,

Plaintiffs,

v.

KATHY TARTAGLIA,

Defendant.

Case No.: CA 05-475 S

Hon. William E. Smith

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the seven sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand Two Hundred Fifty Dollars ($5,250.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Three Hundred Dollars ($ 300.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

"Top of The World," on album "Never Say Never," by artist "Brandy Featuring Mase" (SR# 256-701);

"Let it Rain," on album "40 Dayz 40 Nightz," by artist "Xzibit" (SR# 246-589);

"Silly Ho," on album "Fanmail," by artist "TLC" (SR# 298-454);

"Do The Ladies Run This...," on album "Dirty Harriet," by artist "Rah Digga" (SR# 281-389);

"The Realest," on album "Murda Muzik," by artist "Mobb Deep" (SR# 293-229);

"For My," on album "Country Grammar," by artist "Nelly" (SR# 281-782);

"Don't You Ever," on album "...And Then There Was X," by artist "DMX" (SR# 279-017);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: ____________________

By: WESm
Hon. William E. Smith
United States District Judge
6/26/06